```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 08800
   GRAZIANO T LICAVOLI
   KIMBERLY A LICAVOLI                      CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6640     SSN XXX-XX-0169
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/24/06 and confirmed on 10/03/06.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $ 6538.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 920.11 | .00 | 920.11 |
| MEADOWS CREDIT UNION | SECURED | 8053.00 | 586.51 | 2705.73 |
| APPLIED CREDIT BANK | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1128.03 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DERMATOLOGY LIMITED | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 652.71 | .00 | .00 |
| JOLIET MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MONITRONICS INTERNATIONA | UNSECURED | NOT FILED | .00 | .00 |
| NAPA AUTO PARTS | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| PCP OF ESSINGTON | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 5706.77 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 765.03 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      8973.11            .00      8252.54            .00     17225.65
PRINCIPAL PAID          3625.84            .00           .00            .00      3625.84
INTEREST PAID            586.51            .00           .00            .00       586.51
TOTAL PAID              4212.35            .00           .00            .00      4212.35
```
The Debtor's attorney, SCHOTTLER & ASSOC            , was allowed $   2750.00
and was paid $    726.00  direct and $   2024.00  through the plan.

The Trustee received $     301.65 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 06/23/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 08800 GRAZIANO T LICAVOLI & KIMBERLY A LICAVOLI